UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON ABADI,<br><br>                    Plaintiff,<br><br>         -*against*-<br><br>CITIBANK, N.A.,<br><br>                    Defendant. | **ORDER OF SERVICE**<br><br>24-cv-08885 (ER) |

RAMOS, D.J.:

The Court directs the Clerk of Court to issue summons for Defendant Citibank, N.A.. Plaintiff is directed to serve the summons and complaint on Defendant within 120 days of the issuance of the summons. If within those 120 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

It is SO ORDERED.

Dated: December 17, 2024
          New York, New York

                                              _____
                                              EDGARDO RAMOS, U.S.D.J.