# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AARON ABADI**<br><br>Plaintiff<br><br>V.<br><br>**CITIBANK, N.A.,**<br><br>Defendant. | Case Number: 1:24-cv-08885-ER<br><br>**MEMO ENDORSED** |

# LETTER/MOTION

**VIA ECF**

April 16, 2025

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14C
New York, NY 10007

Re: *Abadi v. Citibank, N.A.*, No. 24-CV-08885 (JAV)

**Request to Adjourn Initial Pretrial Conference or Appear Remotely**

Dear Judge Vargas:

I write regarding the Initial Pretrial Conference scheduled for April 23, 2025, as set forth in Document #15 on the docket. I respectfully write to request either (1) a two-week adjournment of the Initial Pretrial Conference currently scheduled for April 23, 2025, or alternatively, (2) permission to appear at the conference by video or telephone.

The reason for this request is that I am currently out of the country for work related to a business opportunity and will not be returning until the beginning of May. I have conferred with counsel for Defendant, who has advised me that they consent to either option.

This is my first request for an adjournment or remote appearance in this matter. There are no other scheduled appearances currently pending before the Court, apart from the April 23 conference.

I appreciate the Court's consideration of this request and am prepared to appear remotely on April 23, 2025, if that is more convenient to the Court.

Respectfully submitted,

*s/Aaron Abadi*

Aaron Abadi (pro se Plaintiff)
82 Nassau Street Apt 140
New York, NY 10038
Tel. 516-639-4100
Email. abadi.rne@gmail.com

---

The Plaintiff's request to appear remotely at the previously scheduled initial pretrial conference on April 23, 2025, is GRANTED. The initial pretrial conference scheduled for April 23, 2025, at 11:00am will no longer be in-person, but will instead be held via Microsoft Teams (Meeting ID: 239 242 149 971 7; Passcode: wY6Xk3yE). The Clerk of Court is respectfully directed to terminate ECF No. 16.
SO ORDERED.
DATED: April 18, 2025

_____
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE