UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AARON ABADI,

                            Plaintiff,                **24 Civ. No. 8885 (JAV)**

       -against-                                 **PRE-SETTLEMENT
                                                        CONFERENCE ORDER**

CITIBANK, N.A.,

                            Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, June 18, 2025 at 2:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 249 416 813#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference to be held after August 8, 2025.

      **SO ORDERED.**

DATED:    New York, New York
                 June 6, 2025

                                                       _____
                                                         The Honorable Gary Stein
                                                       United States Magistrate Judge