UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
AARON ABADI,                                                            :
                                                                        :
                       Plaintiff,              :        24CV-08885 (JAV)
                                                                        :
         -v-                                                            :        <u>ORDER OF DISMISSAL</u>
                                                                        :
CITIBANK, N.A.,                                                         :
                                                                        :
                       Defendant.              :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not executed.

        To be clear, any application to reopen **<u>must</u>** be filed **<u>within sixty days of this Order</u>**; any application to reopen filed thereafter may be denied solely on that basis. **Requests to extend the deadline to reopen are unlikely to be granted.**

        If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **<u>must</u>** submit the settlement agreement to the Court by the deadline to reopen. The Court shall retain jurisdiction for the purpose of enforcing a settlement agreement that is submitted to the Court by the deadline to reopen, is "so ordered" by the Court, and is filed on the docket in this matter. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: August 27, 2025
       New York, New York

                                            JEANNETTE A. VARGAS
                                            United States District Judge

2